# EXHIBIT A

Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WANDA R. DUNN, )<br>)<br>Respondent. ) | Civil Action No. |

**DECLARATION**

BRANDI ROBINSON declares:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division Midwest Compliance Area of the Internal Revenue Service at 2850 NE Independence Avenue, Lee's Summit, Missouri 64064.

2. In my capacity as a revenue officer I am conducting an investigation into the collection of tax liabilities of Pittsburg Transfer & Storage Inc. for the 2009 taxable year and for the quarterly periods ending March 31, 2011, June 30, 2011, December 31, 2011 and March 31, 2012.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., on April 25, 2013, I issued an administrative summons, Internal Revenue Service Form 6637, to Wanda R. Dunn, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on April 25, 2013, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3)

above on the respondent, Wanda R. Dunn, by leaving a copy at her last and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons.

5. On May 10, 2013, the respondent Wanda R. Dunn, did not appear in response to summons, nor did I receive any telephone calls or letters from Ms. Dunn requesting to reschedule the summons appearance.

6. On June 10, 2013, Ms. Dunn was sent a "last chance" letter providing him with an additional opportunity to comply with the summons. An appointment was set for this purpose on June 24, 2013.

7. On June 24, 2013, the respondent Wanda R. Dunn, did not appear in response to summons, nor did I receive any telephone calls or letters from Ms. Dunn requesting to reschedule the summons appearance.

8. Additionally, I contacted the taxpayer's power of attorney regarding these outstanding items, but received no response.

9. The respondent's refusal to comply with the summons continues to the date of this declaration.

10. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

11. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

12. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liabilities of Pittsburg Transfer & Storage Inc. for the 2009 taxable year and for the

quarterly periods ending March 31, 2011, June 30, 2011, December 31, 2011 and March 31, 2012.

13.    There is no Department of Justice referral in effect, as defined in Section 7602(d) of Title 26, U.S.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2013.

*Brandi Robinson*
BRANDI ROBINSON
Revenue Officer

3